# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ZEPSA INDUSTRIES, INC. d/b/a ZEPSA ARCHITECTURAL WOODWORK, <br><br> Plaintiff, <br><br> v. <br><br> CREEKRIDGE, LLC and W. ALLAN JONES, JR., Individually, <br><br> Defendants. | Case No. 3:06-cv-00325 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Creekridge, LLC__ who is __a Defendant__,
(Name of Party)            (Plaintiff/moving party or defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                              ( X ) No

2.  Does party have any parent corporations?

    ( ) Yes                              ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
    _____
    _____

CHARLOTTE/023979-003/310108v1 08/04/2006

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes                        ( X ) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes                        ( X ) No

If yes, identify entity and nature of interest: _____
_____
_____

Dated this 4th day of August, 2006.

                                             **POYNER & SPRUILL LLP**

                                   By: /s/ Joshua B. Durham
                                                 Joshua B. Durham
                                                 N.C. State Bar No. 25414
                                                 301 South College Street, Suite 2300
                                                 Charlotte, NC 28202-6041
                                                 Telephone: 704.342.5250
                                                 Facsimile: 704.342.5264
                                                 Email: jdurham@poynerspruill.com
                                                 ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing "Defendants' Notice of Removal" has been served this date by mailing a copy thereof, first-class mail, postage prepaid, to the following:

> Gary J. Welch
> Johnston, Allison & Hord, P.A.
> 610 E. Morehead Street
> Charlotte, NC 28202

This the 4th day of August, 2006.

> /s/ Joshua B. Durham_____
> Joshua B. Durham